PJC
F.# 2021R00440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

TAESUNG KIM,
      also known as "Terry,"
DACHENG LU,
      also known as "Bruce,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-191 (HG)

      Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Trial Attorney Patrick J. Campbell, for an order unsealing the above-

captioned matter in its entirety, including the indictment and arrest warrant, in light of the

defendants' arrest.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
         May 2, 2023

*Cheryl Pollak*

_____
HONORABLE ~~ROBERT M. LEVY~~ Cheryl Pollak
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK