

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2023

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Taesung Kim & Dacheng Lu
       Criminal Docket No. 23-191 (HG)

Dear Judge Levy:

  The government respectfully moves for an order unsealing the above-referenced matter in its entirety, including the indictment and arrest warrants, in light of the defendants' arrest.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:    /s/
          Patrick J. Campbell
          Trial Attorney, Fraud Section
          Criminal Division
          U.S. Department of Justice
          (718) 254-6366

Enclosure

cc: Clerk of Court (by ECF)