**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.     DATE: 12/10/24     TIME: 11:00
CR-23-191  ( ARR )

DEFT NAME: Ta<u>esung Kim</u>                                    #
        X   present        ___ not present        ___ cust.        x  bail

DEFENSE COUNSEL: **Kevin Keating**
        X   present        ___ not present        ___ CJA        x RET.        LAS

**A.U.S.A.:** Patrick Campbell        CLERK: D. La Salle

Rep.  Nicole Sesta                            OTHER:
INT:   (LANG.-Korean  ) Kyeong Song

xx   CASE CALLED.      ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx   SWORN      ___ ARRAIGNED  xx   INFORMED OF RIGHTS
           ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___  SUPERSEDING INDICTMENT / INFORMATION FILED.
___  DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___  DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___  DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
     (Superseding) INDICTMENT/INFORMATION.
XX   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
        THREE           Of the indictment.
XX   COURT FINDS FACTUAL BASIS FOR THE PLEA.
XX   SENTENCING SET FOR 4/9/2025 @ 11:00am

___  DEFT ENTER **NOT GUILTY PLEA**.
XX   BAIL ___ SET  XX   CONTINUED FOR DEFT.
___  DEFT CONTINUED IN CUSTODY.
___  CASE ADJOURNED TO_____  FOR _____
___  JURY SELECTION SET FOR _____  ___ BY MAG.
___  TRIAL SET FOR _____
___  **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
        CODE TYPE_____  START_____  STOP_____

        _____ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.